*H. Lee, Philip A. McHugh* and *Albert E. Champney* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *Lyle M. Turner* for the United States, respondent.

No. 414. SONKEN-GALAMBA CORP. *v.* THOMPSON, TRUSTEE. C. A. 10th Cir. Certiorari denied. *Harry L. Jacobs* and *N. E. Snyder* for petitioner. *Thos. M. Van Cleave, Jr.* for respondent.

No. 416. MURPHY, WARDEN, ET AL. *v.* UNITED STATES EX REL. CAMINITO. C. A. 2d Cir. Certiorari denied. *Jacob K. Javits,* Attorney General of New York, *James O. Moore, Jr.,* Solicitor General, *Edward S. Silver* and *William I. Siegel* for petitioners. *Maurice Edelbaum* for respondent.

No. 417. GRADY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John J. Kelly, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 418. WAITERS & WAITRESSES UNION, LOCAL 301, AFL, ET AL. *v.* SANSOM HOUSE ENTERPRISES, INC. ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Charles A. Rothman* for petitioners. *I. Herbert Rothenberg* for respondents.

No. 419. PACCIONE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Maurice Edelbaum* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.